**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**PAUL NEALY,**

  *Plaintiff*,

**v.**                                                    **Case No.  SA-24-CV-00273-JKP**

**CNAC,**

  *Defendant*.

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is U.S. Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R) entered in the above-captioned case. *See* ECF No. 8. The parties filed no objections to the R&R and the deadline to do so has passed. Judge Bemporad recommends the Court dismiss this case for lack of jurisdiction pursuant to Federal Rules of Civil Procedure 8(a)(1) and 12(h)(3). After due consideration, the Court **ADOPTS** the R&R in its entirety (ECF No. 8) and **DISMISSES** this case for lack of jurisdiction.

In a case such as this, where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1). In such cases, the Court need only review the Report and Recommendation and determine whether they are either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989). The Court reviewed the R&R and found it to be neither clearly erroneous nor contrary to law.

2

**IT IS THEREFORE ORDERED** that the Court **ACCEPTS** the Magistrate Judge's findings and recommendations, **ADOPTS** the R&R in its entirety, and **DISMISSES** this case for lack of jurisdiction. *See* ECF No. 8.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 16th day of July, 2024.

_____

JASON  PULLIAM
UNITED STATES DISTRICT JUDGE